UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVIS SPECIALTY CONTRACTING, INC.,
a Michigan corporation,

            Plaintiff/Counter-Defendant,

Case No. 13-10352
Hon. Matthew F. Leitman

vs

TURNER CONSTRUCTION COMPANY,
a New York corporation,

            Defendant/Counter-Plaintiff.

## ORDER OF FINAL JUDGMENT

The Court, after conducting a several-day bench trial, hearing post-trial arguments and reviewing the parties Proposed Findings of Fact and Conclusions of Law, hereby orders the following pursuant to its Findings of Fact and Conclusions of Law filed on February 19, 2016 (Doc #43):

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Turner Construction Company and against Davis Specialty Contracting, Inc. in the amount of Zero Dollars ($0.00) on the Complaint filed by Davis Specialty Contracting, Inc.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Turner Construction Company and against Davis Specialty Contracting, Inc. in the amount of Three Million Five Hundred Eighty-One Thousand Ninety-Three Dollars and

1

12/100 ($3,581,093.12) on the Counter Complaint filed by Turner Construction Company.  The Judgment includes Two Hundred Eighty-Six Thousand Eight Hundred Seventy-Two and 62/100 ($286,872.62) in fees and costs.

This is a final order and closes the case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 29, 2016


Approved as to form:

/s/ R. Edward Boucher
R. Edward Boucher (P57251)
Attorney for Davis Specialty Contracting

/s/ Christopher A. Cornwall
Christopher A. Cornwall (P47271)
Attorney for Turner Construction Company